UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
<u>NORTHERN DIVISION</u>

KIYEL JUSTIN JOHNSON #807918,

    Plaintiff,

v.

                                            Case No: 2:23-cv-240

PATRICIA LEWIS et al.,                         HON. ROBERT J. JONKER

    Defendants.
_____/

## <u>ORDER APPROVING AND ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on December 13, 2024 (ECF No. 19).  The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 19) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant Lewis' Motion for Summary Judgment (ECF No. 15) and Defendant Kangas' First Motion for Summary Judgment (ECF No. 16) are **GRANTED.**

**IT IS FURTHER ORDERED,** in the alternative, that Plaintiff's complaint is dismissed without prejudice for Plaintiff's failure to prosecute.

**IT IS FURTHER ORDERED** that this matter is **TERMINATED**.

Dated:  January 3, 2025                /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                      UNITED STATES DISTRICT JUDGE